# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| VIRGILIO GONZALES OSORIO, JOSE NELSON AGUILERA REYES, and all others similarly situated under 29 U.S.C. 216(b),<br><br>Plaintiffs,<br>vs.<br><br>JPJE CORP. d/b/a BOLIVAR RESTAURANT & LOUNGE, JAIRO A HURTADO, SR.,<br><br>Defendants. | 16-cv-24699-DPG |

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
JAIRO A HURTADO, SR.
841 Washington Avenue
Miami Beach, FL 33139

11/14/2016  11:30A

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        J.H. Zidell, Esq.
        J.H. Zidell P.A.
    300 71ST Street, Suite 605
    Miami Beach, Florida 33141

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____11/10/2016_____



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Landys Rodriguez
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 16-24699

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jaime A. Hoetink Sr.

was received by me on *(date)* 11/10/16

☒ I personally served the summons on the individual at *(place)* 161 Acapulco Ave
Miami Beach, FL on *(date)* 11/14/16 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00

I declare under penalty of perjury that this information is true.

Date: 11/14/16

Server's signature

FRANK AYLLON
Printed name and title

Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| VIRGILIO GONZALES OSORIO, JOSE NELSON AGUILERA REYES, and all others similarly situated under 29 U.S.C. 216(b),<br><br>Plaintiffs,<br>vs.<br><br>JPJE CORP. d/b/a BOLIVAR RESTAURANT & LOUNGE, JAIRO A HURTADO, SR.,<br><br>Defendants. | 16-cv-24699-DPG |

**SUMMONS IN A CIVIL ACTION**

11/14/2016 11: TJM
(#0747)

To: (Defendant's name and address)
JPJE CORP. d/b/a BOLIVAR RESTAURANT & LOUNGE
Registered Agent: Jairo A Hurtado, Sr. /s
841 Washington Avenue
Miami Beach, FL 33139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 11/10/216



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Landys Rodriguez
Deputy Clerk
U.S. District Courts

207

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 16- 24655

PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* JPJE Corp
was received by me on *(date)* 11/10/16

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or  N/A

☒ I served the summons on *(name of individual)* Jairo A. Hurtado Jr, who is
designated by law to accept service of process on behalf of *(name of organization)* JPJE
Corp on *(date)* 11/14/16 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00

I declare under penalty of perjury that this information is true.

Date: 11/14/16

_____
Server's signature

FRANK AYLLON
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: